**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7342**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRE DERRICK MAYFIELD,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-96-322-A)

———————————

Submitted:  April 16, 1998          Decided:  May 4, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Andre Derrick Mayfield, Appellant Pro Se.  Dennis Michael Kennedy, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his post-conviction motions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Mayfield</u>, No. CR-96-322-A (E.D. Va. July 8, 1997; Aug. 14, 1997). Appellant's motions to expedite this appeal are now moot and are denied for that reason. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>